LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

*Attorneys for Defendant Antelope Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ANTELOPE HOMEOWNERS' ASSOCIATION; DANNY AND TATIANNA LLC; THE JAMES LUTZ TRUST; ABSOLUTE COLLECTIONS SERVICES, LLC; <br><br> Defendants. | CASE NO.: 2:16-cv-02280-GMN-VCF <br><br> **STIPULATION AND ORDER TO EXTEND ANTELOPE HOMEOWNERS ASSOCIATION'S RESPONSE TO BANK OF AMERICA, N.A.'s COMPLAINT** <br><br> **(1st REQUEST)** |

Defendant ANTELOPE HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to Respond to Plaintiff BANK OF AMERICA, N.A.'s Complaint shall be extended to **October 27, 2016**. The HOA's Response was originally due on October 20, 2016. The HOA's counsel is experiencing a sudden illness and had to leave the office. He was unable to complete the response by October 20, 2016. Therefore, the parties hereby

stipulate to extend the time as a courtesy given the circumstances.

DATED this  20th  day October, 2016.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | AKERMAN, LLP |
|---|---|
| */s/ J. William Ebert*<br>By:_____<br>J. William Ebert, Esq. (Bar No. 2697)<br>David A. Markman, Esq. (Bar No. 12440)<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>702-382-1500<br><br>*Attorneys for Defendant Antelope HOA* | */s/ Vatana Lay*<br>By:_____<br>Ariel E. Stern, Esq. (Bar No. 8276)<br>Vatana Lay, Esq. (Bar No. 12993)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>702-634-5000<br><br>*Attorneys for Plaintiff Bank of America, N.A.* |

**ORDER**

IT IS SO ORDERED.

DATED this  21st  day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ J. William Ebert*
By:_____
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, NV  89144

*Attorneys for Defendant Antelope Homeowners Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on the  20th  day of October, 2016, service of the foregoing **DEFENDANT ANTELOPE HOMEOWNERS ASSOCIATION'S STIPULATION AND ORDER TO EXTEND RESPONSE TO BANK OF AMERICA, N.A.'s COMPLAINT (1st Request)** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties:

Ariel Stern, Esq.
Vatana Lay, Esq.
AKERMAN LLP
1160 Town Center Drive Suite 330
Las Vegas, NV 89144
702-634-5000
vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

*/s/ Darnell D. Lynch*

_____
An Employee of
LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.