LIPSON NEILSON, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Antelope Homeowners' Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>ANTELOPE HOMEOWNERS' ASSOCIATION; DANNY AND TATIANNA LLC; THE JAMES LUTZ TRUST; ABSOLUTE COLLECTIONS SERVICES, LLC;<br><br>Defendants. | CASE NO.: 2:16-cv-02280-GMN-NJK<br><br>**DEFENDANT ANTELOPE HOMEOWNERS ASSOCIATION'S MOTION TO REMOVE ATTORNEY DAVID A. MARKMAN FROM THE ELECTRONIC SERVICE LIST** |

Defendant, ANTELOPE HOMEOWNERS ASSOCIATION ("HOA") by and through its counsel of record, LIPSON NEILSON, P.C., hereby provides notice that attorney DAVID A. MARKMAN, ESQ., is no longer associated with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C. continues to serve as counsel for HOA in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove David A. Markman, Esq., from the electronic service list in this

action. All future correspondence, papers, and notices shall continue to be directed to J. William Ebert, Esq., and Karen Kao, Esq.

DATED this 9th day August, 2018.

LIPSON NEILSON P.C.

By: /s/ J. William Ebert
_____
J. William Ebert, Esq. (Bar No. 2697)
Karen Kao, Esq. (Bar No. 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
702-382-1500

*Attorneys for Defendant Antelope Homeowners Association*

**COURT APPROVAL**

**IT IS SO ORDERED.**

**DATED:** August 10, 2018
_____

_____
**UNITED STATES MAGISTRATE JUDGE**