ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS ASSOCIATION; DANNY AND TATIANNA LLC; THE JAMES LUTZ TRUST; ABSOLUTE COLLECTIONS SERVICES, LLC;<br><br>Defendants. | Case No.: 2:16 cv 02280-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO ANTELOPE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS AND ABSOLUTE COLLECTION SERVICES, LLC'S JOINDER**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Antelope Homeowners Association (**HOA**) and Absolute Collection Services, LLC (**ACS**) stipulate to extend the time for BANA to respond to HOA's motion to dismiss and ACS' joinder of the same to September 7, 2018. (ECF Nos. 41 and 44)

1. BANA filed its complaint on September 28, 2016 asserting a quiet title/declaratory judgment, breach of NRS 116.1113, and wrongful foreclosure against HOA and ACS. (ECF No. 1)

2. HOA filed a motion to dismiss BANA's complaint on October 28, 2016. (ECF No. 15) BANA filed a response to HOA's motion to dismiss on November 14, 2016. (ECF No. 18)

3. The court entered an order staying this case pending exhaustion of all appeals of *Bourne Valley Court Trust v. Wells Fargo Bank*, 832 F.3d 1154 (9th Cir. 2016) on March 9, 2017.

The order denied all pending motions, including HOA's motion to dismiss, without prejudice to refile the motions after the stay is lifted. (ECF No. 26)

4. The court entered an order lifting the stay on July 20, 2018. (ECF No. 35)

5. The court entered a scheduling order setting the close of discovery for January 16, 2019 on August 8, 2018. (ECF No. 37)

6. HOA filed a motion to dismiss BANA's complaint on August 10, 2018. (ECF No. 41) ACS filed a joinder to HOA's motion to dismiss on August 14, 2018 (ECF No. 44) BANA's response to HOA's motion to dismiss and ACS's joinder is due on August 24, 2018.

7. Due to the number of cases which have become unstayed as a result of the resolution of the certified question, BANA wishes to have additional time to respond to HOA's motion to dismiss and ACS's joinder.

8. The parties stipulate to extending BANA's deadline to respond to HOA's motion to dismiss and ACS's joinder to September 7, 2018.

///

///

///

9. The parties do not file this stipulation with the intent to delay, but to ensure all parties have adequate time to present their full cases in dispositive motion briefing.

| Dated this 20th day of August, 2018 | Dated this 20th day of August, 2018 |
|---|---|
| **AKERMAN LLP** | **ABSOLUTE COLLECTION SERVICES, LLC** |
| */s/ Vatana Lay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff* <br> *Bank of America, N. A.* | */s/ Shane D. Cox* <br> SHANE D. COX, ESQ. <br> Nevada Bar No. 13852 <br> 8440 W. Lake Mead Blvd., Suite 210 <br> Las Vegas, Nevada 89128 <br> *Attorney for Defendant Absolute* <br> *Collection Services, LLC* |

Dated this 20th day of August, 2018

**LIPSON NEILSON P.C.**

*/s/ Karen Kao*
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Dr.
Suite 120
Las Vegas, NV 89144
*Attorneys for Antelope Homeowners Association*

**IT IS SO ORDERED.**

**DATED** this __21__ day of August, 2018

Gloria M. Navarro, Chief Judge
United States District Court