ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br><br>vs.<br><br>ANTELOPE HOMEOWNERS ASSOCIATION; DANNY AND TATIANNA LLC; THE JAMES LUTZ TRUST; ABSOLUTE COLLECTIONS SERVICES, LLC;<br><br>Defendants. | Case No.: 2:16-cv-02280-GMN-NJK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Bank of America, N.A. (**BANA**), Antelope Homeowners Association (**HOA**), The James Lutz Trust (**Trust**), and Absolute Collections Services, LLC (**Absolute**), pursuant to Rule 41(a)(1)(A)(ii), jointly dismiss all claims brought or that could have been brought against each other in this suit, with prejudice. BANA additionally dismisses pursuant to Rule 41(a)(1)(A)(i) all claims it brought against Danny and Tatianna LLC with prejudice.

///

///

///

///

///

///

///

1

The Trust disclaims any right to the excess proceeds that arose from Absolute's foreclosure of the lien held by HOA that encumbered the Property.

DATED this 19th day of November, 2018.

| **AKERMAN LLP** | **ABSOLUTE COLLECTION SERVICES, LLC** |
|---|---|
| */s/ Vatana Lay* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> VATANA LAY, ESQ. <br> Nevada Bar No. 12993 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Plaintiff* <br> *Bank of America, N. A.* | */s/ Shane D. Cox* <br> SHANE D. COX, ESQ. <br> Nevada Bar No. 13852 <br> 7485 W. Azure, Ste. 129 <br> Las Vegas, NV 89130 <br> *Attorney for Defendant Absolute* <br> *Collection Services, LLC* |
| **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** | **MORRIS LAW CENTER** |
| */s/ Karen Kao* <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> KAREN KAO, ESQ. <br> Nevada Bar No. 14386 <br> 9900 Covington Cross Dr. <br> Suite 120 <br> Las Vegas, NV 89144 <br> *Attorneys for Antelope* <br> *Homeowners Association* | */s/ Sarah A. Morris* <br> SARAH A. MORRIS, ESQ. <br> Nevada Bar No. 8461 <br> BRIAN A. MORRIS, ESQ. <br> Nevada Bar No. 11217 <br> TIMOTHY A. WISEMAN, ESQ. <br> Nevada Bar No. 13786 <br> 5450 W. Sahara Avenue, Suite 330 <br> Las Vegas, Nevada 89146 <br> *Attorneys for the James Lutz Trust* |

*///*

*///*

*///*

*///*

*///*

*///*

*///*

## ORDER

Bank of America, N.A., Antelope Homeowners Association, The James Lutz Trust, and Absolute Collections Services, LLC, the Parties agreement, and good cause appearing therefore,

**IT IS ORDERED** title to the real property located 7852 Garden Rock Street, Las Vegas, Nevada 89149, APN 125-18-113-109 will be quieted in favor of the James Lutz Trust.

**IT IS FURTHER ORDERED** that all claims in this case are dismissed with prejudice, each side to bear its own attorney fees and costs. This is the final judgment of this Court.

DATED this __20__ day of November, 2018.

_[signature]_
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT